UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No: 10-10-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| BRANDEN RAY SUTTON, | ) | **ORDER** |
| | ) | |
| Defendant. | | |

*** *** *** ***

This matter is before the Court on the Recommended Disposition (also known as a Report and Recommendation) [R. 315] filed by United States Magistrate Judge Hanly A. Ingram. The Defendant, Branden Ray Sutton, is charged with four violations of his supervised release, including two counts of using oxycodone and, consequently, two counts of failing to refrain from committing another federal, state or local crime. [R. 307; R. 315 at 1-2.]

On October 29, 2014, Judge Ingram conducted a final hearing and Sutton stipulated to the charged violations. [R. 314; R. 315 at 3.] On November 3, Judge Ingram issued a Report and Recommendation which recommended that Sutton's supervised release be revoked and that he be imprisoned for one month with thirty-six months of supervised release to follow. [*Id*. at 7-8.] Judge Ingram appropriately considered the 18 U.S.C. § 3353 factors in coming to his recommended sentence. [*Id*. at 3-7.] The Recommended Disposition advises the parties' that objections must be filed within fourteen (14) days of service. [*Id*. at 8.] *See* 28 U.S.C. § 636(b)(1). No objections were filed during the relevant time period and Sutton waived his right of allocution. [R. 321.]

Generally, this Court must make a *de novo* determination of those portions of a

recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and it agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

(1) The Recommended Disposition [R. 315] as to the Defendant, Branden Sutton, is **ADOPTED** as and for the Opinion of the Court;

(2) Sutton is found to have violated the terms of his Supervised Release as set forth in the Petition filed by the U.S. Probation Office [R. 308];

(3) Sutton's Supervised Release is **REVOKED**;

(4) Sutton is **SENTENCED** to the Custody of the Bureau of Prisons for a term of one (1) month with a thirty-six (36) month term of supervised release to follow under the conditions previously imposed and those additional conditions recommended by the magistrate judge;

(5) Sutton has **WAIVED** his right to allocution [R. 321]; and

(6) Judgment shall be entered promptly.

This 24th day of November, 2014.



Signed By:
*Gregory F. Van Tatenhove*
United States District Judge